IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERRICK JOSE MOORE,** | Case No. 2:11-cv-03273-GGH P |
| Plaintiff, | **[PROPOSED]** **ORDER** |
| v. | |
| **J. SLOSS, et al.,** | |
| Defendants. | |

Defendants' request to conduct Plaintiff Merrick Jose Moore's deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated: April 26, 2012                                         /s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows

Moor3273.dep

1