IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK J. MOORE,

        Plaintiff,                  No. 2:11-cv-3273 GGH P

    vs.

L. GONZALEZ, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has filed a request, pursuant to Fed. R. Civ. P. 60(a), asking that the court order that the name of a non-party to this action, an individual named J. Sloss, be removed from the case caption used by defendants' counsel, noting that this person's name is erroneously set forth within the case caption as a defendant in the answer, which was filed on April 2, 2012, on behalf of defendants Bennett, Fragoso, Pomilia and L. Gonzalez. See docket # 26. In addition, the erroneously named defendant appears in an order that was filed by the court at docket # 35, after the defendants submitted a proposed order to be permitted to conduct plaintiff's deposition by videoconference (if such were available at the prison facility), with the name "J. Sloss" included incorrectly, for an extension of time.

\\\\\

1

Accordingly, IT IS ORDERED that plaintiff's request, filed on May 16, 2012 (docket # 36), that defendants' counsel be required to remove the name of "J. Sloss" as a defendant in the case caption in its filings in the instant case is GRANTED and in future filings counsel for defendants is to reference defendants as "L. Gonzalez, et al." in the case caption.

DATED: May 31, 2012

                            /s/ Gregory G. Hollows
               UNITED STATES MAGISTRATE JUDGE

GGH:009
moor3273.ord