IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK J. MOORE,

      Plaintiff,                    No. 2:11-cv-3273 GGH P

   vs.

L. GONZALEZ, et al.,

      Defendants.             ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.

       On October 25, 2012, plaintiff filed a request for a court-appointed private investigator. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. <u>Tedder v. Odel</u>, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for private investigators. <u>See</u> 28 U.S.C. § 1915.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a court-
2 appointed private investigator (Docket No. 44) is denied.
3 DATED: November 8, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:kly
moor3273.31c