1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MERRICK MOORE,                              No.  2:11-cv-3273 AC P

12                  Plaintiff,

13           v.                                   ORDER

14    L. GONZALEZ, et al.,

15                  Defendant.

16

17           By Order filed July 22, 2013, plaintiff's motion to compel was granted in part and denied

18    in part.  ECF No. 71.  Defendants were ordered to produce for in camera review a redacted

19    version of the Internal Affairs Report regarding the incident that gives rise to plaintiff's claims.

20    The report was timely submitted and has been reviewed.  The court has weighed the potential

21    benefits of disclosure against the potential disadvantages, see Sanchez v. City of Santa Ana, 936

22    F.2d 1027, 1033-34 (9th Cir. 1990), and concludes that the report should be produced to plaintiff.

23    Because the report documents the statements of individuals who were present at the incident, its

24    contents are both highly relevant and reasonably likely to lead to the development of admissible

25    evidence.  See Fed. R. Civ. P. 26(b)(1).

26           In light of the security concerns expressed in defendants' opposition to the motion to

27    compel, the court invites defendants' position regarding any further redactions that should be

28    considered prior to an order directing production.  Defendants may also submit a proposed

                                                   1

1    Discovery Protective Order for the court's consideration.

2         Accordingly, IT IS ORDERED that:

3    1.   Within fourteen days, defendants may file (1) a request for any further redactions to

4         the internal affairs report prior to its production to plaintiff, with a statement of

5         specific reasons; and (2) a proposed protective order;

6    2.   The deadline to re-notice defendants' motion for summary judgment, see ECF No. 71

7         at 13-14, shall run from the final order of this court directing the form in which the

8         report shall be produced.

9    DATED: September 17, 2013

10

11   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28