UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK MOORE, | No.  2:11-cv-3273 AC P |
| Plaintiff, | |
| v. | ORDER |
| L. GONZALEZ, et al., | |
| Defendant. | |

By Order filed July 22, 2013, plaintiff's motion to compel was granted in part and denied in part. ECF No. 71.  Defendants were ordered to produce for in camera review a redacted version of the Internal Affairs Report regarding the incident that gives rise to plaintiff's claims. The report was timely submitted and has been reviewed.  The court has weighed the potential benefits of disclosure against the potential disadvantages, see Sanchez v. City of Santa Ana, 936 F.2d 1027, 1033-34 (9th Cir. 1990), and concludes that the report should be produced to plaintiff. Because the report documents the statements of individuals who were present at the incident, its contents are both highly relevant and reasonably likely to lead to the development of admissible evidence.  See Fed. R. Civ. P. 26(b)(1).

In light of the security concerns expressed in defendants' opposition to the motion to compel, the court invites defendants' position regarding any further redactions that should be considered prior to an order directing production.  Defendants may also submit a proposed

1  Discovery Protective Order for the court's consideration.

2      Accordingly, IT IS ORDERED that:

3      1.  Within fourteen days, defendants may file (1) a request for any further redactions to the internal affairs report prior to its production to plaintiff, with a statement of specific reasons; and (2) a proposed protective order;

6      2.  The deadline to re-notice defendants' motion for summary judgment, see ECF No. 71 at 13-14, shall run from the final order of this court directing the form in which the report shall be produced.

9  DATED: September 17, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2