IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERRICK JOSE MOORE,** | Case No. 2:11-cv-03273-AC (PC) |
| Plaintiff, | **DISCOVERY PROTECTIVE ORDER** |
| v. | |
| **L. GONZALEZ, et al.,** | |
| Defendants. | |

The Court has considered defendants' request for a Discovery Protective Order and, good cause appearing, makes the following ORDERS:

1. Defendants are directed to retrieve the Internal Affairs Report submitted for in cameral review from the Chambers of the undersigned within seven (7) days;

2. Defendants will provide the Internal Affairs Report in the redacted form produced for the court's in camera review within fourteen (14) days to the litigation coordinator at Corcoran State Prison who is to maintain it in the litigation coordinator's office;

3. The Internal Affairs Report may not be disclosed outside of this litigation.

4. When plaintiff wishes to view the Internal Affairs Report, he must inform the litigation coordinator, in writing, of that request and the litigation coordinator will set up a place and time within the institution for plaintiff to have access to the report for review.

5. Once plaintiff has completed viewing the Internal Affairs Report, he will complete an Informational Chrono, CDCR Form 128b, indicating the date that he viewed the report.

6. The Internal Affairs Report will be returned to the litigation coordinator and maintained with the litigation coordinator until the litigation coordinator is notified either by the Court or by defense counsel that the report is no longer needed for purposes of litigation.

7. Within twenty-one (21) days of the time that the litigation coordinator is advised by the Court or defense counsel that the report is no longer needed for purposes of litigation, the Internal Affairs Report will be returned to defense counsel.

Dated: September 30, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE