UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. BENNETT, ET AL.,<br><br>　　　　　Defendants. | No.  2:11-cv-3273 AC<br><br><br>ORDER |

　　　Supplementing the court's September 12, 2014 Order (ECF No. 98), IT IS HEREBY ORDERED that Defendants' motion (ECF No. 91), to strike Plaintiff's reply relating to the motion for sanctions, is hereby DENIED.

　　　IT IS SO ORDERED.

DATED: September 23, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1