UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>L. GONZALEZ,[1] et al.,<br><br>    Defendants. | No. 2:11-cv-3273 AC P<br><br>ORDER APPOINTING COUNSEL |

  Plaintiff Merrick Jose Moore, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. The court finds that the appointment of counsel is warranted. James Weixel has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

  Accordingly, IT IS HEREBY ORDERED that:

1. James V. Weixel, Jr. is appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon James V. Weixel, Jr., Weixel Law Office, 150 Post Street, Suite 520, San Francisco, CA 94108.

---

[1] This case was alternatively identified as Moore v. Bennett, et al. in recent prior orders. See ECF Nos. 98, 99. The court herein returns to the original case caption.

1

4. This matter is now set for a status conference on Wednesday, January 14, 2015, at 10:00 a.m. before the Honorable Allison Claire in Courtroom No. 26. Counsel shall be prepared to discuss:

    a. The earliest feasible date for the Final Pretrial Conference. Local Rule 282. A Joint Pretrial Statement pursuant to L. R. 281(a) must be filed no later than seven (7) days prior to the date for the Final Pretrial Conference. L.R. 281(a)(2);

    b. Any other matters bearing on the scheduling of the trial and issuance of the Final Pretrial Order. See Local Rules 281, 282, 283.

DATED: November 25, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE