

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

           Plaintiff(s)

vs.

L. GONZALES, et al.,

           Defendants.

No. 2:11-cv-3273 AC P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, James V. Weixel, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 25, 2014, by the Honorable Allison Claire, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Initial visit with inmate client to discuss case and obtain case materials (inmate previously litigated action in pro per) - involves travel from counsel's office in San Francisco to High Desert State Prison in Susanville, and overnight stay for morning meeting on 12/11/2014 (already arranged with HDSP litigation coordinator). Estimated one-night hotel expenses and per diem meals not exceeding GSA allowance, and approximately 600 miles round-trip by car at GSA rate of $0.56/mile.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 475.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-cv-3273 AC P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| N/A | None to date | N/A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of December, 20 14, at San Francisco, California.

/s/ James V. Weixel

Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: December 4, 2014

United States District Judge/Magistrate Judge