UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>L. GONZALEZ, et al.,<br><br>        Defendant. | No. 2:11-cv-3273 AC P<br><br><br>ORDER |

Following the resolution of defendants' motion for summary judgment in this prisoner civil rights case, the court determined that appointment of counsel was warranted. James Weixel, a member of the court's pro bono attorney panel, was appointed on November 25, 2014 to represent plaintiff. ECF No. 101. Mr. Weixel has now filed a motion to withdraw, set for hearing on January 14, 2015. ECF No. 103. The motion is based on plaintiff's refusal to meet with counsel.

Accordingly, IT IS ORDERED that plaintiff file his response to Mr. Weixel's motion within 21 days. **There will be no extension of time.** Plaintiff's response should clearly indicate whether or not he wishes to be represented by pro bono counsel in this matter.

DATED: December 16, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE