UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK MOORE,<br><br>        Plaintiff,<br><br>    v.<br><br>L. GONZALEZ, et al.,<br><br>        Defendant. | No.  2:11-cv-3273 AC P<br><br><br>ORDER |

    The motion of plaintiff's appointed counsel, Mr. Weixel, to withdraw his representation of plaintiff, is denied.  For the reasons set forth in counsel's reply, Mr. Weixel agrees to continue his representation provided that plaintiff cooperates fully with counsel.  Plaintiff must meet in person with Mr. Weixel at High Desert State Prison (HDSP), and assist counsel throughout all pretrial proceedings and the trial of this action.  Failure of plaintiff to cooperate fully with Mr. Weixel will result in plaintiff proceeding in this action in pro per.  Mr. Weixel may submit a request for reimbursement of expenses associated with a second visit to HDSP for the purpose of consulting with plaintiff.

    Plaintiff is reminded that he requested appointment of counsel and that counsel has been appointed to represent him in the interests of justice.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The motion of plaintiff's counsel to withdraw his representation of plaintiff, ECF No.

1

103, is denied; and

    2. Plaintiff's most recent motion for appointment of counsel, ECF No. 106, is denied as moot.

    SO ORDERED.

DATED: January 13, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2