

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

Plaintiff(s)

vs.

L. GONZALES, et al.,

Defendants.

No. 2:11-cv-03273 AC P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, James V. Weixel, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 25, 2014, by the Honorable Allison Claire, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Plaintiff's counsel needs to have a legal visit in person with Plaintiff, who is incarcerated at High Desert State Prison in Susanville. Counsel is located in San Francisco.

Counsel attempted to have a previous legal visit with Plaintiff (which visit was approved by the Court), but due to Plaintiff's professed confusion about the appointment, Plaintiff did not attend the visit. Plaintiff has now promised to meet with counsel.

Estimated expenses are 600 miles round-trip travel by car, bridge tolls, one night lodging, and several meals. Reimbursement to be requested per GSA guidelines and rates.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 500.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-cv-3273 AC P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 475.00 | Travel to first attempt at legal visit (expenses submitted but not yet paid) | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of January, 20 15, at San Francisco, California.

/s/ James V. Weixel

Attorney for Plaintiff(s)

The above expenditure is  X  Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 1/13/15

_____
United States District Judge/Magistrate Judge