UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK MOORE,<br><br>            Plaintiff,<br><br>    v.<br><br>L. GONZALEZ, et al.,<br><br>            Defendants. | No.  2:11-cv-3273 AC P<br><br><br>ORDER |

The status conference in this action, previously set for January 14, 2015, is hereby rescheduled for Wednesday, March 4, 2015, at 10:00 a.m., in Courtroom No. 26, before Magistrate Judge Allison Claire.

Counsel shall be prepared to discuss the following:

1. The earliest feasible date for the Final Pretrial Conference.  See Local Rule 282.  A Joint Pretrial Statement pursuant to L. R. 281(a) must be filed no later than seven (7) days prior to the date for the Final Pretrial Conference.  See Local Rule 281(a)(2), and 281(b).

2. Any other matters bearing on the scheduling of the trial and issuance of the Final Pretrial Order.  See Local Rules 281, 282, 283.

DATED: January 14, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE