UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

      Plaintiff,

vs.

L. GONZALEZ, et al.,

      Defendants.
_____/

Case No. 2:11-cv-3273 AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Merrick Jose Moore, inmate # H-82249, a necessary and material witness in a settlement conference in this case on April 6, 2015, is confined in High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California 96127, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn Delaney at the U. S. District Court, 501 "I" Street, Sacramento, California 95814 in Courtroom #24 on April 6, 2015 at 9:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Delaney; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
**To: Warden, High Desert State Prison, 475-750 Rice Canyon Road, Susanville, CA 96127:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Delaney, at the time and place above, until completion of the settlement conference or as ordered by Judge Delaney; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.
Dated: **March 23, 2015**

                                          /s/ Allison Claire
                                 UNITED STATES MAGISTRATE JUDGE